**CLARKSON LAW FIRM, P.C.**
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
Ryan Ardi (SBN 348738)
*rardi@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TC HEARTLAND, LLC,<br><br>Defendant. | Case No. 5:23-cv-04192-PCP<br><br><u>CLASS ACTION</u><br><br>*Assigned to Hon. P. Casey Pitts*<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[~~Proposed~~ Order Filed Concurrently Herewith] |

1   Pursuant to this Court's Standing Order and Civil Local Rules 6-1 and 6-2, Plaintiff Steven
2   Prescott ("Plaintiff") and Defendant TC Heartland, LLC ("Defendant") (collectively, the "Parties"),
3   through their respective counsel, stipulate as follows:
4   WHEREAS, Plaintiff filed his complaint on August 17, 2023 (ECF No. 1);
5   WHEREAS, on October 17, 2023, Defendant filed a motion to dismiss Plaintiff's complaint
6   (ECF No. 16);
7   WHEREAS, Plaintiff intends to file an amended complaint in response to Defendant's
8   motion to dismiss pursuant to Federal Rule of Civil Procedure 15(a)(1)(b);
9   WHEREAS, the Parties agree that, in light of the nature of the case, it is appropriate to allow
10  Plaintiff more time to file an amended complaint than the 21 days ordinarily allowed under Federal
11  Rule of Civil Procedure 15(a)(1)(b);
12  WHEREAS, Defendant anticipates that it will file a motion to dismiss any amended
13  complaint Plaintiff may file;
14  WHEREAS, the Parties further agree that, in light of the nature of the case and the
15  scheduling conflicts surrounding the December holidays, it is appropriate to enter a briefing
16  schedule that provides all Parties additional time to brief any motion to dismiss Defendant may file;
17  WHEREAS, no other time modification has been made in this case, besides the Court's
18  rescheduling of the initial case management conference (*See* ECF No. 15);
19  WHEREAS, approving the Parties' request will not be prejudicial to either party, nor will it
20  cause any undue delay to the case's progression.
21  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through
22  their respective counsel, as follows:
23  1.  Plaintiff's deadline to file an amended complaint in response to Defendant's pending
24  motion to dismiss is continued from November 7, 2023, to and including December 4, 2023;
25  2.  Defendant's deadline to move to dismiss or otherwise respond to Plaintiff's amended
26  complaint shall be January 16, 2024;
27
28

3.  If Defendant moves to dismiss the amended complaint, Plaintiff's opposition shall be due on or before February 16, 2024, Defendant's reply shall be due on or before March 8, 2024, and the motion shall be set for hearing on ~~March 29, 2024~~, at 10:00 a.m.

March 28, 2024

IT IS SO STIPULATED:

DATED: October 20, 2023　　　　　　　　　**CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
　　　Ryan J. Clarkson
　　　Bahar Sodaify
　　　Alan Gudino
　　　Ryan D. Ardi

*Attorneys for Plaintiff*

DATED: October 20, 2023　　　　　　　　　**JENNER & BLOCK LLP**

By: */s/ Alexander M. Smith*
　　　Alexander M. Smith

*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: October 23, 2023　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　The Honorable P. Casey Pitts
　　　　　　　　　　　　　　　　　　　United States District Judge

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: October 20, 2023                    **CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
Bahar Sodaify