**CLARKSON LAW FIRM, P.C.**
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Cassandra L. Rasmussen (*pro hac vice*)
*crasmussen@clarksonlawfirm.com*
Jiaming Zheng (SBN 363184)
*jzheng@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

**JENNER & BLOCK LLP**
Alexander M. Smith (SBN 295187)
*asmith@jenner.com*
Kelly M. Morrison (SBN 255513)
*kmorrison@jenner.com*
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2054
Tel: (213) 239-5100
Fax: (213) 239-5199

Dean N. Panos (*pro hac vice*)
*dpanos@jenner.com*
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>   v.<br><br>TC HEARTLAND, LLC,<br><br>   Defendant. | Case No. 5:23-cv-04192-NW<br>Compl. Filed: August 17, 2023<br>FAC Filed: December 4, 2023<br>SAC Filed: August 30, 2024<br>TAC Filed: September 20, 2024<br><br>*Assigned to Hon. Noël Wise*<br><br>**STIPULATION TO DISMISS** |

1   Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Samuel Garcia and Defendant TC Heartland, LLC (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

1. Plaintiff Samuel Garcia dismisses his individual claims against Defendant TC Heartland, LLC, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Plaintiff Samuel Garcia, on behalf of the putative class, dismisses putative class claims against Defendant TC Heartland, LLC, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

3. Each Party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: January 20, 2026            **CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
Shireen M. Clarkson, Esq.
Bahar Sodaify, Esq.
Cassandra L. Rasmussen, Esq. (*pro hac vice*)
Jiaming Zheng, Esq.

*Attorneys for Plaintiff*

DATED: January 20, 2026            **JENNER & BLOCK LLP**

By: */s/ Dean N. Panos*
Alexander M. Smith, Esq.
Kelly M. Morrison, Esq.
Dean N. Panos, Esq. (*pro hac vice*)

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court ordered the parties to file a consolidated sealing motion by February 6, 2026; this remains outstanding. ECF No. 121. In light of the stipulation of dismissal, if the parties do not stipulate to what documents should remain under seal by February 6, 2026, the Court will unseal the documents previously filed under seal. *See* ECF Nos. 81, 101, 102, and 106.

Dated: January 22, 2026

HON. NOËL WISE
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Case No. 5:23-cv-04192-NW            1
STIPULATION TO DISMISS